UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

__Dennis Perteet__ )
Plaintiff )
)
)
vs. )
) Case No. __18-1221-JRG__
__Sangam County Sheriffs office__ )
__of Springfield, IL /__ )
)
__County officials__ )
Defendant(s) )

FILED
JUN -8 2018
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

## COMPLAINT

☑ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☑ Other __County officials of Sangamon County Jail, Springfield, IL__

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, __Dennis Perteet__, and states as follows:

My current address is: __Graham Corr. Facility, P.O. Box 499, Hillsboro, IL 62049__

The defendant __Sangamon County Sheriffs Dept. Et.AL,__ is employed as __Sheriffs And Deputies of Sangamon Co. Jail__ at __Springfield, IL__

The defendant __Vickki Thompson__, is employed as __Sangamon Co. Sheriffs office__ at __Springfield, IL__

The defendant __LT. Smith__, is employed as __Sangamon Co. Sheriffs office__ at ____

The defendant ____, is employed as ____ at ____

(revised 9/96)

The defendant, _____, is employed as
_____ at _____

Additional defendants and addresses _____
_____
_____
_____
_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?  Yes ☐   No ☑

If yes, please describe _____
_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☐   No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____
   _____

2. Court (if federal court, give name of district; if state court, give name of county)
   _____

3. Docket Number/Judge _____

2

4. Basic claim made <ins>Unlawful and Unconstitutional imprisonment violation</ins> <del>of U.S. Constitutional rights by Defendants.</del>

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit _____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution? Yes ✓  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint? Yes ✓  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ✓  No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

# STATEMENT OF CLAIM

Place of the occurrence  Sangamon County Jail, Springfield, IL

Date of the occurrence  April, 2016 - OCTOBER, 2016

Witnesses to the occurrence  Jocelyn Rayford (several other witnesses)

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

OFFICIAL STATEMENT of CLAIM (see next pages)

# OFFICIAL STATEMENT OF FACTS

pg 1

PARAGRAPH 1.

On or about the date of April 29, 2016 I was arrested by Springfield, IL City Police Department, and charged with four criminal counts. My bond was set on April 30, 2016 at $50,000.00 ten percent $5,000.00, and on April 30, 2016 my fiance came to Springfield, IL from Aurora, IL attempted to, willing and ready to post my bond for a total amount of $5,050.00 cash money, but Sangamon County Sheriff's Department wrongfully and unconstitutionally with deliberate indifference denied me and my fiance the right to post my bond. Due to the deputy sheriff's stated to her that she could not post my bond because I had an out of state warrant for Kansas and because I was going to bond call the next morning, although she was still willing and able to post my bond, even though they told her my bond would be raised so therefore she could not bond me out. When I went to court on May 1, 2016 the judge did raise my bond an additional $25,000.00 more bringing the total to $75,000.00 ten percent to be applied. Then I notified my fiance by the inmate phone in booking that my bond was raised an additional $2,500.00, and once she arrived at the Sangamon County Jail yet again to post my bond with

the Amount of $7,550.00 Again A deputy sheriff officer wrongfully denied me and my fiance the right to recieve my liberty by posting bond, And then Also stated the reason was that my bond was not $75,000.00 ten percent to be Applied, but instead was $280,000.00 ten percent to be Applied $28,000.00. Which my fiance and other family members As well friends called the Sangamon County Sheriffs office in An Attempt to pay the $7,550.00 Bond willingly and ready, but all several times the deputy sheriff officer continued TO STATE my bond was $280,000.00 ten percent to be Applied 28,000.00 cash only And stated if they didn't bring that Amount they were wasting their time calling, so they might As well stop." With that untrue statement of the Amount of my bond, cost me to be unlawfully restrained and deprived of my liberty and freedom for A period of 6 months Approx. I felt that it was untrue so I wrote A grievance to the Sangamon County Sheriff, LT. Smith Acted In the sheriffs place return his reply to my grievance in writting that my bond was in fact $280,000.00 cash ten percent to be Applied, which I do have Copies of the grievance And request forms I wrote Addressing this issue, with the sheriffs' response's in which I intend to present later As EVIDENCE.

I was unable to come up with the $28,000.00 for my bond. So I had to suffer to be restrained unlawfully and unconstitutionally for the length of period of 6 months approx. Then in the month of september or around October 2016 I was called to appear in court to discuss this situation/my bond issue before a African American Judge who begin addressing my bond issue concerns by apologizing for the mistake and intentional denial/deprivation of my liberty rights by the Sangamon County Sheriffs office, he further stated in fact that, on May 1st, 2016 that my bond amount was set at $75,000.00 ten percent to be applied, and that he had no idea why the sheriffs office would deliberatly make the statement that my bond was $280,000.00 cash ten percent to be applied. Which their unlawful actions cause me to be unconstitutionally deprived of my constitual rights, 1st Amendment of law and which was my liberty and freedom, provision and clauses, and also in direct violation of my 14th Amendment rights of law by depriving me of my due process of law procedural rights, and by following the law accorddingly and allowing me to make a rightful $7,500.00 bond as a right of law, which defendants also violated my 14th Amendment under substandard due process rights of law, by denying rights of protection under the law to recieve my freedom in accordance to

the laws of paying bond. In that severe violation cost me undue days restrained unconstitutionally imprisoned. Which restrained me of my freedom of choice to go out and public and attend to personal matters needed by me and my family. Which also defendants actions of deliberatly depriving me of my freedom rights was a unconstitutional act, cruel and unusual punishment in violation of my 8th Amendment U.S.C rights of law by withholding my freedom of choice from me for a meritless cause of action. Which there is no law in this entire country which authorizes such cruel and severe punishment to be issued upon no person. By the U.S. federal Constitutional 1st Amendment, 5th Amendment, 8th Amendment, and the 14th Amendment. There cruel & critical actions are prohibted by all U.S. Constitutional laws and Illinois Laws, and this is a pure ~~misse~~ miscarriage of justice done by the defendants against the plantiffs. At the end of my hearing proceeding the judge enforced order that I must be allowed to post the $7,500.00 bond in accordance with the law that my bond was originally set at, and would alway still remain the same. Therefore for I went back to my cellblock my fiance posted my rightful amount of bond after having to sit a few more weeks.

PURSUANT TO 28 USC 1746, 18 USC 1621 OR 735 ILCS 5/1-109 I DECLARE, UNDER PENALTY of PERJURY that I AM A named party in the ABOVE ACTION, THAT I HAVE READ THE ABOVE DOCUMENTS, AND, THAT the info,

GROUND 1.#

Defendants Actions of when they knowingly and willingly deprived plantiff of his most valuable U.S.C Federal rights of law under under his 1st Amendment rights of law to his liberty and his freedom and life. by denying him his right to post Bond in the sum of $7,500.00 several times deliberatly and unconstitutionally for approx. 6 months period And this unlawful restraint of his freedom and liberty has directly violated Plantiffs 1st U.S.C Federal Amendments right of law under the clauses and provisions of this 1st Amend. to the U.S. Federal Constitution.

## Ground #2

Because of defendants Actions Against plantiff when they knowingly And deliberatly and willingly denied And deprived plantiff of his freedom and liberty and life without Any due process of law in direct violation of his U.S.C federal 5th Amendment rights of law which prohibits the government or Anyone to ever deprive Plantiff of his freedom or liberty or life that is guranteed to protect his rights under the clauses And provisions of the 5th Amend. rights of law to the U.S. Federal Constitution. The defendants wrongful and unlawful Actions by denying him his rights to post bond And recieve his freedom And liberty and life for Approx. 6 months unlawful imprisonment period when he was lawfully entitled to post Bond And recieve his freedom on or ABOUT ~~SEPTEMBER~~/APRil ~~OCTOBER 2016~~ MAy 2016.

## Ground #3

Because of Defendants Gross and unlawful Actions resulting in violation of plantiffs 8th Amendment rights of law. when the executed cruel and unusual punishment with deliberate indifference by unlawfully denying him his right to post Bond of $7,500.00 and recieve his freedom and liberty and life in Accordance with law defendants continued this cruel and unusual punishment with deliberate indifference for Approx. 6 month unlawful imprisonment period when lawfully he should have been allowed to make his $7,500.00 and Recieve his immediate freedom and liberty and life. Rights of law in Accordance with a matter of law.

But instead defendants violated plantiffs 8th U.S.C Amendment rights of law Guranteed to him and protected by the Clauses and provisions of the 8th U.S.C Amend. rights of law.

## Ground # 4

Because of defendants actions which resulted in violation of plantiffs 14th Amendment U.S.C rights of law when defendants unlawfully denied plantiff the right to post bond and recieve his freedom and liberty was unconstitutional without due process of law and with out any procedural proceedings which authorize them to restrain him of his liberty for no justifiable lawful reason, for a period of approx. 6 months in which he should have been allowed to post bond and recieve his freedom and liberty, and he was further denied equal protection under the law in which gurantee's him to be protected to recieve due process and equal protection and an opportunity to be notified in writting of such actions that the bond was set at $280,000.00 ten percent to be applied, which was never done because defendants falsified that information verbally. Which the judge proved that at the hearing in or around September that all along my bond was set at $75,000 ten percent to be applied, the judge had to reinforce that I be allowed to post my original bond, in which I did shortly after that hearing. Which defendants caused me to suffer lost of my freedom and to be unlawfully imprisoned for a period of approx. 6 months which violated the clauses and provisions of my

guranteed and protected rights to be free from ~~recieving~~ being subjected to cruel and unusual punishment, with severe deliberate indifference which is prohibited by the 14th, 8th, 1st, and my 5th Amendment rights of law to the U.S. federal Constitution.

# RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Punitive Damages    $ 800,000.00

Declitory Damages    $ 400,000.00

Pain And Suffering / mental cruelty / mental Anguishment And stress Damages    $ 250,000.00

Which totals A monitary judgement Award request In the total sum of $1.45 million.

JURY DEMAND        Yes ✓        No ☐

Signed this __30__ day of __April__, 2018.

_Mr. Dennis Perteet_
( Signature of Plaintiff)

| Name of Plaintiff: Mr. Dennis Perteet | Inmate Identification Number: K82783 |
|---|---|
| Address: Grahrum Corr. Facility P.O. Box 499 Hillsboro, IL 62049 | Telephone Number: Evelyn Taylor (mom) (630) 212-6636 |

6

CASE NUMBER: _____

## DECLARATION
## NOTICE OF FILING & PROOF OF SERVICE

I, <u>DEnnis Ray CArter Perteet</u> have prepared this Declaration in accordance with the provisions of FRAP 25(a)(2)(C) [Inmate Filing], FRAP 25(d) [Proof of Service], 28 U.S.C. §1746 [Unsworn Declarations Under Penalty of Perjury], and 18 U.S.C.§1621 [Perjury Generally].

NOTICE OF FILING is hereby given to the following parties:

TO: Clerk of the Court
<u>United States District Court</u>
<u>P.O. Box 249</u>
<u>East St. Louis, IL</u>
<u>62202</u>

TO: <u>SHerriff's office Vicki Thompson</u>
<u>SAngAmon County / LT. Smith</u>
<u>1 Sheriffs Plaza</u>
<u>Springfield, IL</u>
<u>62701</u>

TO: _____

TO: _____

PLEASE TAKE NOTICE that on the date shown below I have filed the original and ____ copies of the documents listed hereafter with the above Court, and served one copy on the parties (or counsel) at their respective addresses listed above. The documents mailed are as follows:

1. <u>Complaint</u>
2. <u>Petition And Affidavit for leave To Proceed with out Prepayment of Fees.</u>
3. <u>Motion for Appointment of counsel</u>
4. _____
5. _____
6. _____

### PROOF OF SERVICE

Service was accomplished by placing the above documents in envelopes addressed as shown herein, and then placing said envelopes in the U.S. Mail service at the Graham Correctional Center, Hillsboro, IL, 62049. An authorization conforming to Illinois Department of Corrections regulations for the pre-payment of first-class postage was attached to the aforesaid legal envelopes. Said envelopes and the authorization were deposited in the institution's mailing system for outgoing legal mail on the <u>5th</u> day of <u>June</u>, 20<u>18</u>.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

/s/ <u>Mr. Dennis Perteet</u>

Reg.No. _____

**Graham Correctional Ctr.**
**12078 Illinois Route 185**
**Hillsboro, IL 62049**

Graham Corr. Facility
P.O. Box 499
Hillsboro, IL
62049

62049

MAIL CLEARED
US MARSHALS

"LEGAL MAIL"

Clerk
United States District Court
P.O. Box 249
East St. Louis, Illinois
62202



This Correspondence Is From An Inmate Of The IL Dept Of Corrections

ZIP 62049
U.S. POSTAGE $006.70
PITNEY BOWES
JUN 06 2018

RECEIVED
JUN - 8 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE